

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00149-CR

| | | |
|---|---|---|
| JAMES CALVIN MASSEY, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1632168D) |
| V. | § | December 9, 2021 |
| | § | Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell